427 A.2d 1233

Lincoln Bank v. High Sky, Inc., Appellant.

 Submitted June 29, 1979. Sidney Bernstein, for appellant; Robert Maris, for appellee.

Before CERCONE, P. J., and WIEAND and LOUIK, JJ.*

Order affirmed.